

**ORDERED in the Southern District of Florida on August 26, 2010.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Manuel Anthony Ruano          PROCEEDINGS UNDER CHAPTER 13

                                      CASE NO.:10-18400-AJC

                Debtor(s)
_____/

### MEMORANDUM ORDER IN SUPPORT OF DEBTOR'S CONFIRMATION OF PLAN

This cause came on for hearing on the 24th day of August, 2010 on the confirmation of the plan the court having heard argument of debtor's counsel and argument from the trustee it is;

**ORDERED AND ADJUDGED:**

1. The Debtor's plan conforms to the requirements of 11 U.S.C. 1325 as follows:
   a. The plan complies with the provisions of this chapter;
   b. All appropriate fees have been paid;
   c. The plan has been proposed in good faith and not by any means forbiden by law;
   d. The plan exceeds the requirements of the liquidation test because the creditors are receiving $180.00 under the proposed plan and the unsecured creditors would receive nothing whatsoever in a Chapter 7 case.

   e. The plan provides for all secured creditors appropriately.

2. The trustee objects to the debtor's plan as being proposed in bad faith because the debtor gave one half of the jointly filed tax refund to the non filing spouse and the non filing spouse did not use those funds to support the family. The tax refund is an asset and is not income. As the funds were exempt the court does not find the transfer to be fraudulent. The court finds the debtor has explained to this courts satisfaction the disposition of the funds withdrawn from his bank account utilized in living expenses, small family celebrations, and an intra state trip to visit his mother and sister.

3. The debtor is under median income so the 36 month plan is appropriate under 11 U.S. C, (b)(4)(A).

4. The court finds the plan to be confirmable.

5. The trustee's office is directed to issue a Notice of Confirmation to the Clerk's office, so the appropriate order confirming the plan is entered.

###